IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

James Tippins                                            *
                                                         *
                                                         *
                            VS.                          *   CIVIL ACTION NO. 6:16-cv-146-JRH-GRS
National Credit Adjusters, LLC, et al.                   *
                                                         *
                                                         *

## ENTRY OF DEFAULT

It appearing that the Plaintiff has filed an Affidavit for entry of default, and it further appearing that the Defendant(s) ___National Credit Adjusters, LLC___ has/have failed to appear, plead or otherwise defend as provided in the Federal Rules of Civil Procedure;

DEFAULT is hereby entered against the said Defendant(s), this ___13th___ day of ___December___, 2016.



SCOTT L. POFF, CLERK

By: _____
Deputy Clerk