IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JAMES TIPPINS,

    Plaintiff,

v.                         CV 616-146

NATIONAL CREDIT ADJUSTERS,
L.L.C.,

    Defendant.

**O R D E R**

Presently before the Court is Plaintiff's motion for default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. (Doc. 8.) On December 13, 2016, the Clerk entered a Defendant's default. (Doc. 6.) Plaintiff filed her present motion on January 17, 2017. Defendant has filed no pleadings and taken no action in this case. In light of these findings and for the reasons stated in Plaintiff's motion, the Court **GRANTS** Plaintiff's motion for default judgment. (Doc. 8.)

The Court, however, makes one change to Plaintiff's request. Plaintiff requests attorneys' fees at the rate of $300.00 per hour, but this Court has previously set a reasonable billing rate of $250.00 per hour for the Augusta legal market. See Martin v. Augusta-Richmond County, et al., No. 1:12-cv-058, doc. no. 80 (S.D. Ga. Nov. 28, 2012). Thus, the requested

attorneys' fees shall be billed at a rate of $250.00 per hour. Because Plaintiff's attorneys billed 12.32 hours on this case, the new attorneys' fees shall be $3,080.00. The Court adds to that amount $485 of Paralegal fees resulting from 9.7 hours of work billed at $50.00 per hour to arrive at a new total attorneys' fees of $3,565.00. Therefore, the Court **AWARDS** Plaintiff statutory damages of $1,000, costs of $425.00, and attorneys' fees of $3,565.00.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of February, 2017.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA