# United States District Court
## Southern District of Georgia

JAMES TIPPINS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV616-146

NATIONAL CREDIT ADJUSTERS, L.L.C.,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on February 3, 2017, the Plaintiff's motion for default judgment is GRANTED. Therefore, judgment is hereby ENTERED in favor of the Plaintiff in the amounts of: statutory damages of $1,000, costs of $425, and attorneys' fees of $3,565. This case stands CLOSED.



February 3, 2017
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*